IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:16-CR-14 |
| | § | |
| PARKER RYAN LITTLE | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One and Two of the information with a violation of 18 U.S.C. § 844 (e), making a false bomb threat.

The essential elements which must be proven to establish the 18 U.S.C. § 844 (e) violations are:

1. The defendant, through the use of mail, telephone, telegraph, or other instrument of interstate or foreign commerce;

2. Willfully made a threat to kill, injure, or intimidate any individual; or unlawfully to damage or destroy any building, vehicle, or other real or personal property;

3. By means of fire or an explosive.

        Respectfully submitted,
        JOHN M. BALES
        UNITED STATES ATTORNEY

        /s/ Chris Tortorice
        Christopher T. Tortorice
        Assistant United States Attorney
        350 Magnolia, Suite 150
        Beaumont, Texas 77701
        (409) 839-2538
        (409) 839-2550 fax
        Texas Bar No.: 24048912

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was delivered by electronic transmission to attorney for defendant, on this the 4th day of February 2016.

                                              /s/ Christopher Tortorice
                                              CHRISTOPHER TORTORICE